Case: 1:26-cr-00068 Document #: 1 Filed: 02/17/26 Page 1 of 3 PageID #:1

26cr68
Judge Lashonda A. Hunt
Magistrate Judge Jeffrey T. Gilbert
Random Cat 4

FILED MAN
2/17/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY RUSH, also known as "Slim" | Case No.<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846 |

## COUNT ONE

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about December 19, 2025, at Villa Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

JEREMY RUSH,

defendant herein, did knowingly conspire with Individual A, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about December 19, 2025, at Villa Park, in the Northern District of Illinois, Eastern Division,

JEREMY RUSH,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and to facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY